ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| RUPERTS COURT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOE individuals I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00136-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |
|---|---|

Ruperts Court Trust (**Trust**), and Federal National Mortgage Association (**Fannie Mae**), hereby stipulate and agree that Fannie Mae shall have an additional seven (7) days, up to and including **February 25, 2022**, to file its response to the plaintiff's complaint, which is currently due on February 18, 2022.  The complaint was filed on December 17, 2021, in state court.  Associate General Counsel Charlotte Ritz accepted service of the complaint on Fannie Mae's behalf on December 29, 2021.  The Trust agreed to extend the response deadline to February 18, 2021.  Fannie Mae subsequently removed the case to federal court on January 26, 2022.

///

///

{62274548}

Good cause exists to grant the requested extension. Fannie Mae's recently retained counsel requests additional time to complete its investigation of the facts and legal assertions raised in the Trust's complaint and to fully respond to the allegations and claims in this action pursuant to its obligations under the Federal Rules of Civil Procedure.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 18th day of February, 2022.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Paige L. Magaster* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> PAIGE L. MAGASTER, ESQ. <br> Nevada Bar No. 15557 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Federal National Mortgage Association* | */s/ Christopher L. Benner* <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> CHRISTOPHER L. BENNER, ESQ. <br> Nevada Bar No. 8963 <br> R. SAMUEL EHLERS, ESQ. <br> Nevada Bar No. 9313 <br> 2810 W. Charleston Boulevard, Suite 75 <br> Las Vegas, NV 89102 <br><br> *Attorneys for Ruperts Court Trust* |

**IT IS SO ORDERED.**

United States Magistrate Judge

**DATED:** February 22, 2022