# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RUPERTS COURT TRUST,

    Plaintiff(s),

v.

FEDERAL NATIONAL MORTAGE ASSOCIATION,

    Defendant(s).

Case No. 2:22-cv-00136-RFB-NJK

**Order**

[Docket Nos. 11, 12]

Pending before the Court are a joint discovery plan and a joint case management report. Docket Nos. 11, 12. It is not clear why the parties are filing multiple documents concerning overlapping issues. Accordingly, the Court **DENIES** the discovery plan and joint case management report. No later than April 5, 2022, the parties must file either a single document with all required information, *see, e.g.*, Fed. R. Civ. P. 26(f)(3); Local Rule 26-1, or must provide an explanation as to why two documents addressing overlapping issues are being filed.

IT IS SO ORDERED.

Dated: April 5, 2022

                                                    Nancy J. Koppe
United States Magistrate Judge