ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
CHRISTOPHER L. BENNER, ESQ.
Nevada Bar No. 8963
ROGER P. CROTEAU & ASSOCIATES, LTD
2810 W. Charleston Blvd., Ste. 67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
Attorneys for Ruperts Court Trust

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*\*\*

| | |
|---|---|
| RUPERTS COURT TRUST,<br><br>　　　Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>　　　Defendants<br><hr>FEDERAL NATIONAL MORTGAGE ASSOCIATION<br><br>　　　Counterclaimant,<br><br>vs.<br><br>RUPERTS COURT TRUST, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive<br><br>　　　Counterdefendants | Case No. 2:22-cv-00136-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION**<br><br>**(FIRST REQUEST)** |

Ruperts Court Trust (the "Trust"), and Federal National Mortgage Association ("Fannie Mae"), hereby stipulate and agree that the Trust shall have an additional seven (7) days, up to and including **December 1, 2022**, to file its response to Fannie Mae's Summary Judgment Motion ("Motion"), which is currently due on November 24, 2022. ECF No. 24.  The Motion was filed on November 3, 2022. Fannie Mae has agreed to extend the response deadline to December 1, 2022.

Good cause exists to grant the requested extension. In addition to the current deadline falling on a court holiday, the Trust is conducting additional research and evaluation of the matters raised by Fannie Mae, and is seeking the additional time so as to allow the Trust to fully respond to the allegations and claims in this action pursuant to its obligations under the Federal Rules of Civil Procedure

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 22day of November, 2022.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| */s/ Paige L. Magaster* | */s/ Roger P. Croteau* |
| ARIEL E. STERN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 4958 |
| NATALIE L. WINSLOW, ESQ. | CHRISTOPHER L. BENNER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 8963 |
| PAIGE L. MAGASTER, ESQ. | 2810 W. Charleston Boulevard, Suite 67 |
| Nevada Bar No. 15557 | Las Vegas, NV 89102 |
| 1635 Village Center Circle, Suite 200 | *Attorneys for Ruperts Court Trust* |
| Las Vegas, NV 89134 | |
| *Attorneys for Federal National Mortgage Association* | |

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED: November 28, 2022

2