ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUPERTS COURT TRUST,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>　　　　　　　　Defendants. | Case No.: 2:22-cv-00136-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF FEDERAL NATIONAL MORTGAGE ASSOCIATION'S SUMMARY JUDGMENT MOTION**<br><br>**(FIRST REQUEST)** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　　　　Counterclaimant,<br>vs.<br><br>RUPERTS COURT TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　　　Counterdefendants. | |

Ruperts Court Trust (**Ruperts**) and Federal National Mortgage Association (**Fannie Mae**) stipulate and agree that Fannie Mae shall have an additional seven (7) days, up to and including **December 22, 2022**, to file its reply in support of Fannie Mae's summary judgment motion, which is currently due on December 15, 2022. Fannie Mae moved for summary judgment on November 3,

1

2022. ECF No. 24.  The parties subsequently agreed to extend Ruperts' deadline to respond to Fannie Mae's motion by seven days, through December 1, 2022.  ECF. No. 26.  Ruperts timely filed its response.  ECF No. 28.

Good cause exists to grant the requested extension.  Because Fannie Mae, which is under conservatorship with the Federal Finance Housing Agency (**FHFA**), is a named party in the litigation, filings on its behalf are subject to multiple levels of review, including review by the FHFA. As a result, Fannie Mae requires additional time to fully respond to Ruperts' opposition to Fannie Mae's summary judgment motion. This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 12th day of December, 2022.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD** |
|---|---|
| */s/ Paige L. Magaster* | */s/ Christopher L. Benner* |
| ARIEL E. STERN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 4958 |
| NATALIE L. WINSLOW, ESQ. | CHRISTOPHER L. BENNER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 8963 |
| PAIGE L. MAGASTER, ESQ. | 2810 W. Charleston Boulevard, Suite 75 |
| Nevada Bar No. 15557 | Las Vegas, NV 89102 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorneys for Ruperts Court Trust* |
| *Attorneys for Federal National Mortgage Association* | |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
Case No.: 2:22-cv-00136-RFB-NJK
DATED this 13th day of December, 2022.

2