ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:   (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  natalie.winslow@akerman.com
Email:  paige.magaster@akerman.com

*Attorneys for Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUPERTS COURT TRUST,<br><br>                              Plaintiff,<br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>                              Defendants. | Case No.:  2:22-cv-00136-RFB-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF FEDERAL NATIONAL MORTGAGE ASSOCIATION'S SUMMARY JUDGMENT MOTION**<br><br>**(SECOND REQUEST)** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>                              Counterclaimant,<br>vs.<br><br>RUPERTS COURT TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                              Counterdefendants. | |

Ruperts Court Trust (**Ruperts**) and Federal National Mortgage Association (**Fannie Mae**) stipulate and agree that Fannie Mae shall have an additional thirty (30) days, up to and including **January 23, 2023**, to file its reply in support of Fannie Mae's summary judgment motion, which is currently due on December 22, 2022.  Fannie Mae moved for summary judgment on November 3,

2022. ECF No. 24. The parties agreed to extend Ruperts' deadline to respond to Fannie Mae's motion by seven days, through December 1, 2022, ECF. No. 26, which the court granted, ECF No. 27. Ruperts timely filed its response. ECF No. 28. The parties then agreed to extend Fannie Mae's deadline to reply by seven days from December 15, 2022, to December 22, 2022., ECF No. 29, which the court granted, ECF No. 30.

Good cause exists to grant the requested extension. Ruperts has extended a settlement offer to Fannie Mae. The parties are currently negotiating settlement in good faith and request additional time to consider the offers to each other so that they may have an opportunity to resolve this matter through settlement without incurring additional fees and costs related to the summary judgment briefing. This is the parties' second request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 16th day of December, 2022.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD** |
|---|---|
| */s/ Paige L. Magaster* | */s/ Christopher L. Benner* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Federal National Mortgage Association* | ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>CHRISTOPHER L. BENNER, ESQ.<br>Nevada Bar No. 8963<br>2810 W. Charleston Boulevard, Suite 75<br>Las Vegas, NV 89102<br><br>*Attorneys for Ruperts Court Trust* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 20th day of December, 2022.

2