ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUPERTS COURT TRUST, <br><br> Plaintiff, <br> vs. <br><br> FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOE individuals I through XX; and ROE CORPORATIONS I through XX, <br><br> Defendants. | Case No.:  2:22-cv-00136-RFB-NJK <br><br> **JOINT STATUS REPORT REGARDING SETTLEMENT** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Counterclaimant, <br> vs. <br><br> RUPERTS COURT TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, <br><br> Counterdefendants. | |

Ruperts Court Trust (**the Trust**) and Defendant Federal National Mortgage Association (**Fannie Mae**), by and through undersigned counsel, submit the following joint status report regarding settlement.

1

Counsel for Fannie Mae has circulated the proposed settlement agreement and release. The Trust's final approval of the written settlement agreement and release remains pending. There is nothing currently impeding settlement. The parties expect the settlement agreement to be fully executed within the next fourteen (14) days and request the court allow up to and including May 18, 2023, to file a stipulation of dismissal in this matter.

DATED this 27th day of April, 2023.

| AKERMAN LLP | ROGER P. CROTEAU & ASSOCIATES, LTD |
|---|---|
| */s/ Paige L. Magaster* | */s/ Christopher L. Benner* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>PAIGE L. MAGASTER, ESQ.<br>Nevada Bar No. 15557<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Federal National Mortgage Association* | ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>CHRISTOPHER L. BENNER, ESQ.<br>Nevada Bar No. 8963<br>2810 W. Charleston Boulevard, Suite 67<br>Las Vegas, NV 89102<br><br>*Attorneys for Ruperts Court Trust* |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this   28th day of April, 2023.

2