ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
PAIGE L. MAGASTER, ESQ.
Nevada Bar No. 15557
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: paige.magaster@akerman.com

*Attorneys for Federal National Mortgage Association*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| RUPERTS COURT TRUST,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOE individuals I through XX; and ROE CORPORATIONS I through XX,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-00136-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>　　　　　Counterclaimant,<br><br>vs.<br><br>RUPERTS COURT TRUST; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Counterdefendants. | |

{70501794;1}

PLEASE TAKE NOTE that Ruperts Court Trust and Federal National Mortgage Association, by and through their respective counsel of record, hereby stipulate to dismiss all claims and counterclaims between the parties in this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and fees.

**IT IS SO STIPULATED**.

DATED this 16th day of May, 2023.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD** |
|---|---|
| /s/ Paige L. Magaster <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> PAIGE L. MAGASTER, ESQ. <br> Nevada Bar No. 15557 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for Federal National Mortgage Association* | /s/ Christopher L. Benner <br> ROGER P. CROTEAU, ESQ. <br> Nevada Bar No. 4958 <br> CHRISTOPHER L. BENNER, ESQ. <br> Nevada Bar No. 8963 <br> 2810 W. Charleston Boulevard, Suite 67 <br> Las Vegas, NV 89102 <br><br> *Attorneys for Ruperts Court Trust* |

## **ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
Case No.: 2:22-cv-00136-RFB-NJK
DATED this 18th day of May, 2023.

{70501794;1}